HENRY MOSS & CO., INC., Respondent, v. WILLIAM GILLESPIE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JOSEPH HILD, Respondent, v. McCLINTIC-MARSHALL COMPANY, Appellant.— Order granting motion to set aside dismissal of complaint, on reargument, reversed on the law, without costs, upon the ground that the motion was not made in time. (*Vetter* v. *Asphalt Construction Co.*, 209 App. Div. 910; *Clancy* v. *N. Y., N. H. & H. R. R. Co.*, 226 N. Y. 213.) Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Application of MAURICE WM. GRADY to Determine and Enforce a Lien, etc., in the Case Entitled: JOHANNA FITZGERALD, Respondent, v. JAMES J. SNOMILA, Appellant, and Others, Defendants.— Order determining attorney's lien and directing its enforcement, and judgment thereon, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Dissolution of SECOND UNITARIAN CONGREGATIONAL SOCIETY, Appellant. TRUSTEES AND ASSOCIATES OF THE BROOKLYN BENEVOLENT SOCIETY OF BROOKLYN, Respondent.— Order denying appellant's motion for an order compelling respondent to consent to the assignment of a ground lease affirmed, with ten dollars costs and disbursements, on the ground that in this proceeding the court was without power to compel the landlord to consent to an assignment of the lease. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of WILLIAM HENRY YOUNG, Respondent, for an Order Authorizing the Sale of Real Property, Pursuant to Sections 67, 68 and 69 of the Real Property Law.* JOHN S. JENKINS, Appellant.— Order denying motion of purchaser to be relieved from his contract of purchase affirmed, with ten dollars costs and disbursements. Kelly, P. J., Rich, Jaycox and Kapper, JJ., concur; Young, J., dissents and votes to reverse, being of opinion that notice was necessary to the Formans because they constituted a different class than the children of the petitioner.

MOLLIE KANTROWITZ, as Administratrix, etc., of HYMAN KANTROWITZ, Deceased, Appellant, v. WILLIAM SHEINMAN, Respondent.— Judgment and order reversed on the law and the facts, and a new trial granted, with costs to abide the event, on the ground that the award of damages to plaintiff by the jury was inadequate. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

GEORGE T. KELLY, Respondent, v. POST TOOKER, Appellant.— Order denying motion to change place of trial reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

WALTER G. KIRWOOD, Respondent, v. GEORGE W. BOYCE, Doing Business under the Name of BOYCE MOTOR COMPANY, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

---

* Amd. by Laws of 1913, chap. 55; Laws of 1918, chap. 578, and Laws of 1920, chap. 639.— REP.